Dean v. Cone Mills Corp.

JAMES A. DEAN, EMPLOYEE v. CONE MILLS CORPORATION, EMPLOYER, AND
LIBERTY MUTUAL INSURANCE COMPANY, CARRIER

No. 203A84

(Filed 4 December 1984)

APPEAL pursuant to N.C.G.S. 7A-30(2) by plaintiff from the
Court of Appeals' decision, 67 N.C. App. 237, 313 S.E. 2d 11 (1984),
affirming the Industrial Commission's denial of workers' compen-
sation benefits, one judge dissenting.

*Hassell, Hudson and Lore, by Charles R. Hassell, Jr., for
plaintiff appellant.*

*Maupin, Taylor and Ellis, P.A., by David V. Brooks, for de-
fendant appellees.*

PER CURIAM.

The decisions of the Court of Appeals and the Industrial
Commission are vacated and the case is remanded to the Court of
Appeals for further remand to the Industrial Commission for re-
consideration by the Commission in light of this Court's opinion in
*Rutledge v. Tultex Corporation,* 308 N.C. 85, 301 S.E. 2d 359
(1983).

Vacated and remanded.